IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DAVID R. McGUIRE and<br>ARLENE B. McGUIRE,<br><br>           Plaintiffs,<br><br>v.<br><br>CLACKAMAS COUNTY COUNSEL,<br>SCOTT CIECKO, JUDGE<br>RONALD E. CINNIGER,<br>KIM PRIEST, KEN SPIEGLE,<br>and CLACKAMAS COUNTY,<br><br>           Defendants. | 08-CV-1098-AC<br><br>ORDER |

**DAVID R. McGUIRE**
**ARLENE B. McGUIRE**
22988 S. Day Hill Rd.
Estacada, OR  97203
(503) 656-9089

           Plaintiffs, *Pro Se*


1- ORDER

**EDWARD S. McGLONE III**
Clackamas County Counsel
2051 Kaen Rd.
Oregon City, OR 97045
(503) 655-8362

> Attorneys for Defendant Clackamas County Counsel, Scott Ciecko, Kim Priest, Ken Spiegle, and Clackamas County

**JOHH KROGER**
Attorney General
**ANDREW D. HALLMAN**
**JAMES S. SMITH**
Assistant Attorneys General
Oregon Department of Justice
1162 Court St. N.E.
Salem, OR  97301
(503) 947-4791

> Attorneys for Defendant Judge Ronald E. Cinniger

**BROWN, Judge.**

Magistrate Judge John V. Acosta issued Findings and Recommendation (#56) on September 23, 2009, in which he recommended the Court grant Defendant Judge Ronald E. Cinniger's Motion to Dismiss (#22) with prejudice and deny Judge Cinniger's request for attorneys' fees.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir.

1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#56) and, accordingly, **GRANTS** Judge Ronald E. Cinniger's Motion to Dismiss (#22) **with prejudice** and **DENIES** Judge Cinniger's request for attorneys' fees.

IT IS SO ORDERED.

DATED this 24th day of November, 2009.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

3- ORDER