IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DAVID R. McGUIRE and                  08-CV-1098-AC
ARLENE B. McGUIRE,

                                                             ORDER

         Plaintiffs,

v.

CLACKAMAS COUNTY COUNSEL,
SCOTT CIECKO, JUDGE
RONALD E. CINNIGER,
KIM PRIEST, KEN SPIEGLE,
and CLACKAMAS COUNTY,

         Defendants.


DAVID R. McGUIRE
ARLENE B. McGUIRE
22988 S. Day Hill Rd.
Estacada, OR  97203
(503) 656-9089

         Plaintiffs, *Pro Se*


1 - ORDER

**AGNES SOWLE**
Clackamas County Counsel
2051 Kaen Road
Oregon City, OR 97045
(503) 655-8362

        Attorneys for Defendants Kim Priest, Ken Spiegle, and Clackamas County

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#84) on November 10, 2010, in which he recommended the Court grant Defendants' Motion (#70) for Summary Judgment. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

    The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#84) and, accordingly, **GRANTS** Defendants' Motion

2 - ORDER

(#70) for Summary Judgment.

    IT IS SO ORDERED.

    DATED this 19th day of January, 2011.

                                  /s/ Anna J. Brown

                                _____
                                ANNA J. BROWN
                                United States District Judge

3  -  ORDER